CLOSED,ACO,TransferredOutCase−DoNotDocket

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:22−cv−03990−PKC−RML

| | |
|---|---|
| Baez v. The Clorox Company et al | Date Filed: 07/07/2022 |
| Assigned to: Judge Pamela K. Chen | Date Terminated: 09/12/2022 |
| Referred to: Magistrate Judge Robert M. Levy | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 370 Fraud or Truth−In−Lending |
| Cause: 28:1332 Diversity−Fraud | Jurisdiction: Diversity |

**Plaintiff**

**Marisol Baez**　　　　　　　　　　　　　　　represented by **Charles E. Schaffer**
*individually on behalf of herself and all others*　　　　　　　　　Levin, Fishbein, Sedran & Berman
*similarly situated*　　　　　　　　　　　　　　　　　　　　　510 Walnut Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　215−592−1500
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 215−592−4663
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: cschaffer@lfsblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**David Magagna**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Levin, Sedran & Berman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pennsylvania
　　　　　　　　　　　　　　　　　　　　　　　　　　　　510 Walnut Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　　　　　215−592−1500
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 215−592−4663
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dmagagna@lfsblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jason P. Sultzer**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　The Sultzer Law Group
　　　　　　　　　　　　　　　　　　　　　　　　　　　　85 Civic Center Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Poughkeepsie, NY 12601
　　　　　　　　　　　　　　　　　　　　　　　　　　　　845−483−7100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: sultzerj@thesultzerlawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Clorox Company**　　　　　　　　　　　　represented by **Elizabeth Austin Edmondson**
*and*　　　　　　　　　　　　　　　　　　　　　　　　　　　Jenner & Block LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1155 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　212−891−1606

Fax: 212–909–0865
Email: eedmondson@jenner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Burt's Bees Products Company**  represented by  **Elizabeth Austin Edmondson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2022 | Ï 1 | COMPLAINT against The Burt's Bees Products Company, The Clorox Company filing fee $ 402, receipt number ANYEDC–15725848 Was the Disclosure Statement on Civil Cover Sheet completed –No,, filed by Marisol Baez. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Sultzer, Jason) (Entered: 07/07/2022) |
| 07/07/2022 | Ï | Case Assigned to Judge Pamela K. Chen and Magistrate Judge Robert M. Levy. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 07/07/2022) |
| 07/07/2022 | Ï 2 | Summons Issued as to The Burt's Bees Products Company, The Clorox Company. (Bowens, Priscilla) (Entered: 07/07/2022) |
| 07/07/2022 | Ï 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 07/07/2022) |
| 07/07/2022 | Ï 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 07/07/2022) |
| 07/10/2022 | Ï 5 | WAIVER OF SERVICE Returned Executed by Marisol Baez. The Clorox Company waiver sent on 7/8/2022, answer due 9/6/2022. (Sultzer, Jason) (Entered: 07/10/2022) |
| 07/10/2022 | Ï 6 | WAIVER OF SERVICE Returned Executed by Marisol Baez. The Burt's Bees Products Company waiver sent on 7/8/2022, answer due 9/6/2022. (Sultzer, Jason) (Entered: 07/10/2022) |
| 08/10/2022 | Ï 7 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC–15828973. by Marisol Baez. (Attachments: # 1 Affidavit, # 2 Exhibit Cert of Good Standing, # 3 Certificate of Service) (Schaffer, Charles) (Entered: 08/10/2022) |
| 08/10/2022 | Ï 8 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC–15829068. by Marisol Baez. (Attachments: # 1 Affidavit, # 2 Exhibit Cert of Good Standing–PA, # 3 Exhibit Cert of Good Standing NJ––, # 4 Certificate of Service) (Magagna, David) (Entered: 08/10/2022) |
| 08/10/2022 | Ï | ORDER granting 7 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event |

| | | |
|---|---|---|
| | | *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Robert M. Levy on 8/10/2022. (Marino, Janine) (Entered: 08/10/2022) |
| 08/10/2022 | Ï | ORDER granting 8 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Robert M. Levy on 8/10/2022. (Marino, Janine) (Entered: 08/10/2022) |
| 08/11/2022 | Ï 9 | NOTICE of Appearance by Charles E. Schaffer on behalf of Marisol Baez (notification declined or already on case) (Attachments: # 1 Certificate of Service) (Schaffer, Charles) (Entered: 08/11/2022) |
| 08/11/2022 | Ï 10 | NOTICE of Appearance by David Magagna on behalf of Marisol Baez (notification declined or already on case) (Attachments: # 1 Certificate of Service) (Magagna, David) (Entered: 08/11/2022) |
| 09/02/2022 | Ï 11 | Joint MOTION to Change Venue */ Joint Stipulation to Transfer Action to Northern District of California* by The Burt's Bees Products Company, The Clorox Company. (Attachments: # 1 Proposed Order) (Edmondson, Elizabeth) (Entered: 09/02/2022) |
| 09/10/2022 | Ï 12 | ORDER: For the reasons stated in the attached Order, the Court GRANTS the 11 Motion to Transfer Venue. The Clerk of Court is respectfully directed to transfer this case to the United States District Court for the Northern District of California. The provision of Rule 83.1 of the Local Rules of the Eastern District of New York, which requires a seven−day stay of an order transferring venue, is waived in light of the Parties' stipulation to the transfer of venue. Upon the transfer of the case, the Clerk of Court is respectfully directed to mark this case as closed. Ordered by Judge Pamela K. Chen on 9/10/2022. (Ben−Gigi, Yanai) (Entered: 09/10/2022) |
| 09/12/2022 | Ï | Case electronically transferred to the Northern District of California. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Gonzalez, Fida) (Entered: 09/12/2022) |