UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARISOL BAEZ,

               Plaintiff,

     v.

THE CLOROX COMPANY, et al.,

            Defendants.

Case No.  22-cv-05218-SK

**ORDER OF SUA SPONTE REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *Gruen v. The Clorox Company, et al.*, Case No. 22-cv-00935-RS.

**IT IS SO ORDERED**.

Dated: September 14, 2022

_____
SALLIE KIM
United States Magistrate Judge