1

2

3

4                         UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    MARISOL BAEZ,                          Case No.  22-cv-05218-SK

8                  Plaintiff,
                                            **ORDER OF SUA SPONTE REFERRAL**
9           v.

10   THE CLOROX COMPANY, et al.,

11                 Defendants.

12          Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned

13   case is referred to Judge Richard Seeborg to determine whether it is related to *Gruen v. The Clorox*

14   *Company, et al.*, Case No. 22-cv-00935-RS.

15          **IT IS SO ORDERED**.

16   Dated: September 14, 2022

17                                          _____

18                                          SALLIE KIM
                                            United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California